## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

    Plaintiff,

v.

Yanxia Teng,

    Defendant.

Criminal No. 07-411 (JRT/JJG)

**REPORT AND RECOMMENDATION**

---

The above-entitled matter came before the undersigned on December 18, 2007, for resolution of pretrial motions. David M. Genrich, Assistant United States Attorney, appeared for the Government. Douglas A. Myren appeared for Yanxia Teng ("Teng"). This case has been referred to this Court for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

Before the Court is Teng's motion to suppress confessions or statements in the nature of confessions (Doc. No. 15). Teng's counsel represented at the motions hearing that this motion is moot. Being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT:** Teng's motion to suppress confessions or statements in the nature of confessions (Doc. No. 15) be **DENIED** as moot.

Dated this 19th day of December 2007        s/ Jeanne J. Graham

                                                                    JEANNE J. GRAHAM
                                                                    United States Magistrate Judge

## NOTICE

Pursuant to Local Rule 72.2(b), any party may object to this report and recommendation by filing and serving specific, written objections by **January 3, 2008**. A party may respond to the objections within ten days after service thereof. Any objections or responses filed under this rule shall not exceed 3,500 words. The district court judge shall make a de novo determination of those portions to which objection is made. Failure to comply with this procedure shall forfeit review in the United States Court of Appeals for the Eighth Circuit. Unless the parties are prepared to stipulate that the district court judge is not required by 28 U.S.C. § 636 to review a transcript of the hearing in order to resolve all objections made to this report and recommendation, the party making the objections shall timely order and cause to be filed within ten days a complete transcript of the hearing.