**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-411 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER ADOPTING** **REPORT AND RECOMMENDATION** **OF MAGISTRATE JUDGE** |
| YANXIA NMN TENG, | |
| Defendant. | |

---

David M. Genrich, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Douglas A. Myren, **ATTORNEY AT LAW**, 4544 Grand Avenue South, Minneapolis, MN 55419, for defendant.

The above-entitled matter came before the undersigned on the Magistrate Judge's Report and Recommendation.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of Magistrate Judge Jeanne J. Graham, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT** defendant Teng's motion to suppress confessions or statements in the nature of confessions [Docket No. 15] is **DENIED** as moot.


DATED:  January 24, 2008
at Minneapolis, Minnesota.

                                                                                           s/John R. Tunheim
                                                                                          JOHN R. TUNHEIM
                                                                   United States District Judge